**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND E. LOPEZ,                                      No. C 13-4880 TEH (PR)

                Petitioner,                        ORDER OF DISMISSAL

           v.

DAVE DAVEY, Warden,

                Respondent.

_____/

      On July 7, 2014, the Court dismissed the instant petition for writ of habeas corpus for failure to present a cognizable claim for relief.  Petitioner was granted thirty days to file an amended petition and was warned that failure to amend within the designated time would result in the dismissal of this action.  Plaintiff has failed to timely amend.  This action is accordingly DISMISSED without prejudice, for failure to comply with this Court's Order.

      The Clerk shall close the file.

      IT IS SO ORDERED.

DATED     _08/19/2014_                    _____

                           THELTON E. HENDERSON
                           United States District Judge

G:\PRO-SE\TEH\HC.13\Lopez 13-4880 Dismiss.wpd